UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LI HUANG, *on behalf of herself and all others similarly situated,*

                Plaintiff,

-against-

THE NEIMAN MARCUS GROUP, LLC,

                Defendant.

16-cv-06763

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff are hereby dismissed with prejudice in their entirety as against the Defendant, THE NEIMAN MARCUS GROUP, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: March 6, 2017
      New York, New York

                                    LEE LITIGATION GROUP, PLLC
                                    30 East 39th Street, Second Floor
                                    New York, NY 10016
                                    Tel.: (212) 465-1188

                                    _____
                                    C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
        U.S.D.J